## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**BARRY C. TAYLOR,**

    **Plaintiff,**

**v.**                                                                 Case No: 5:23-cv-692-PRL

**MGA LOGISTICS, LLC, MOHAMED AHMED and IIA LOGISTICS, LLC,**

    **Defendants.**

_____

### ORDER

This consent case is before the Court on the Plaintiff's Notice of Settlement. (Doc. 41). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to close the case and to terminate any pending motions as moot.

**DONE** and **ORDERED** in Ocala, Florida on July 18, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties